UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

QUINTELLE HARDY,

                              Plaintiff,

v.                                                                      9:17-cv-1382 (BKS/CFH)

RANDOLPH ADAMS, individually, and
NATHAN HATFIELD, individually,

                              Defendants.

---

**Hon. Brenda K. Sannes, Chief United States District Judge:**

**VERDICT SHEET**

## Question 1

### Eighth Amendment - Excessive Force

Do you find that Plaintiff Quintelle Hardy has proven by a preponderance of the evidence each and every element of his Eighth Amendment excessive force claim under 42 U.S.C. § 1983 against Defendant Randolph Adams?

Yes __X__   No_____

**If you answered YES to Question 1, proceed to Question 2. If you answered NO to Question 1, proceed to Question 4 on the next page.**

## Question 2

### Compensatory Damages

What amount, if any, do you award as compensatory damages against Defendant Adams? (*Please Note*: If you find that the Plaintiff's rights were violated, but that the Plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual damages, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$ __15,000__

**Proceed to Question 3.**

## Question 3

### Punitive Damages

Do you find that Plaintiff Quintelle Hardy is entitled to an award of punitive damages in connection with his Eighth Amendment excessive force claim under 42 U.S.C. § 1983 against Defendant Adams?

Yes __X__   No_____

**Proceed to Question 4.**

### Question 4

### Eighth Amendment – Sexual Abuse

Do you find that Plaintiff Quintelle Hardy has proven by a preponderance of the evidence each and every element of his Eighth Amendment sexual abuse claim under 42 U.S.C. § 1983 against Defendant Nathan Hatfield?

Yes __X__   No_____

**If you answered YES to <u>Question 4</u>, proceed to <u>Question 5</u>. If you answered NO to <u>Question 4</u>, your deliberations are complete. The Foreperson should sign and date the final page of this Verdict Sheet and inform the Court Security Officer that a unanimous verdict has been reached.**

### Question 5

### Compensatory Damages

What amount, if any, do you award as compensatory damages against Defendant Hatfield? (*Please Note*: If you find that the Plaintiff's rights were violated, but that the Plaintiff has failed to prove by a preponderance of the evidence that he suffered any actual damages, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.)

$ _30,000_

**Proceed to <u>Question 6</u>.**

### Question 6

### Punitive Damages

Do you find that Plaintiff Quintelle Hardy is entitled to an award of punitive damages in connection with his Eighth Amendment sexual abuse claim under 42 U.S.C. § 1983 against Defendant Hatfield?

Yes __X__   No_____

**Proceed to the next page.**

The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.

Foreperson: ██████████████████████  Date: Feb. 8, 2023

**NAME REDACTED