UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---

QUINTELLE HARDY,

                Plaintiff,        9:17-cv-1382 (BKS/CFH)

v.

RANDOLPH ADAMS, individually, and
NATHAN HATFIELD, individually,

                Defendant.

---

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## VERDICT SHEET – PUNITIVE DAMAGES

You must unanimously agree as to the amount of punitive damages that the Plaintiff has proven to be appropriate, by a preponderance of the evidence.

### Question 1

What amount do you award as punitive damages against Defendant Adams?

$ 45,000

**Proceed to Question 2.**

### Question 2

What amount do you award as punitive damages against Defendant Hatfield?

$ 90,000

The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.

**Foreperson:** ███████████████  **Date:** Feb. 8, 2023

\*\*NAME REDACTED

2